UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAN SHEN,

        Petitioner,

    v.

WARDEN OF ADELANTO ICE
PROCESSING CENTER, *et al.*,

        Respondents.

Case No. ED CV 26-02468-DMG-ACCV

**ORDER ACCEPTING FINDINGS
AND RECOMMENDATION OF
UNITED STATES MAGISTRATE
JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge (R&R [Doc. # 9]). The Court has engaged in *de novo* review of those portions of the Report to which Petitioner Pan Shen has objected.[1]

The basis for the objection is that it does not resolve claim one in the Petition, Shen's due process claim. Objections at 1 [Doc. # 13]. In fact, the R&R does address this claim. After explaining that Petitioner appears to be subject to mandatory detention due to a pending criminal charge for grand theft in violation of California Penal Code § 487(A), the R&R states—

---

[1] Petitioner filed objections on June 30, 2026. [Doc. # 13.] Objections to the Report and Recommendation were due by June 26, 2026. Nonetheless, the Court has considered the late-filed Objections.

Petitioner's attempts to side-step the issue by reiterating his due process arguments are not persuasive.  Petitioner's due process argument case citations are readily distinguishable because the cited cases do not involve petitioners who have been arrested for one of the enumerated crimes in 8 U.S.C. § 1226(c)(1)(E)(i)–(ii), and where the charge remains pending.

R&R at 5.  Thus, the Objections are incorrect inasmuch as they claim the Magistrate Judge failed to address count one and Petitioner's procedural due process claims.  On the facts presented, the Court agrees with and adopts the Magistrate Judge's conclusion that Petitioner does not have a viable claim that he had a right to a pre-deprivation hearing before he was taken into custody.

The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered DENYING the Petition.

DATED:  July 2, 2026

_____
DOLLY M. GEE
Chief United States District Judge

2