**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAN SHEN,<br><br>     Petitioner,<br><br>     v.<br><br>WARDEN OF ADELANTO ICE PROCESSING CENTER, *et al.*,<br><br>     Respondents. | Case No. ED CV 26-02468-DMG-ACCV<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is DENIED and judgment is entered in favor of Respondents, consistent with the reasons and findings set forth in the June 12, 2026 Report and Recommendation of United States Magistrate Judge.

DATED:  July 2, 2026

_____
DOLLY M. GEE
Chief United States District Judge